**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7281**

_____

WILLIAM T. COLEMAN,

              Plaintiff - Appellant,

        v.

WINTHROP POLICE DEPARTMENT; SERGEANT DEWAYNE BUNCH; UNKNOWN
WINTHROP POLICE DEPARTMENT DEFENDANTS, may be amended,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District
Judge.  (0:12-cv-01915-JFA)

_____

Submitted:  December 27, 2013        Decided:  January 16, 2014

_____

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William T. Coleman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William T. Coleman appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coleman v. Winthrop Police Dep't, No. 0:12-cv-01915-JFA (D.S.C. July 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED